**Order issued January 12, 2015.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-15-00019-CV

————————————

## IN RE CHARLES S. IUPE, JR., Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### ORDER

Relator has filed a petition for writ of habeas corpus and an emergency motion for interim relief.[1]

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court grants the

---

[1]  The underlying lawsuit is *In the Guardianship of Charles S. Iupe, Jr., an Incapacitated Person,* No. 417216 in the Probate Court No. 3 of Harris County, Texas.

relator's motion for interim relief. The Sheriff of Harris County is hereby ordered to discharge relator from custody on relator executing and filing with the Sheriff of Harris County a good and sufficient bond, conditioned as required by law, in the amount of $1000.00. *See* TEX. R. APP. P. 52.8(b)(3).

It is further ordered that the real party in interest shall have until February 11, 2015 to file a response brief, if any, and any relevant portions of the record. *See* TEX. R. APP. P. 52.4, 52.8(b)(1).

Judge's signature:     /s/ Russell Lloyd

Date:                        January 12, 2015